```
____FILED        ____ENTERED
____LODGED       ____RECEIVED

    APR 1 0 2008
       AT SEATTLE
   CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAUDO FOFANA,

    Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General,

    Respondent.

CASE NO. C08-287-JLR-JPD

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3)     The Clerk is directed to send copies of this Order to the petitioner and to Judge Donohue.

DATED this 10th day of April, 2008.

JAMES L. ROBART
United States District Judge

08-CV-00287-ORD

ORDER
PAGE – 1